People v McNiell
2026 NY Slip Op 03638
June 9, 2026
Appellate Division, First Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, Respondent,
v
Devon McNiell, Defendant-Appellant.

Decided and Entered: June 09, 2026
Ind. No. 1510/18|Appeal No. 6847|Case No. 2020-01742|
Before: Webber, J.P., Gesmer, Mendez, Rodriguez, Hagler, JJ.

The Legal Aid Society, New York (Paul Wiener of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Andrew John Loizides of counsel), for respondent.

[*1]
Judgment, Supreme Court, Bronx County (Albert Lorenzo, J. on motion to controvert the search warrant; Michael Gross, J. at plea and sentencing), rendered January 29, 2020, convicting defendant of attempted criminal possession of a controlled substance in the seventh degree, and sentencing him to one year of probation, unanimously affirmed.
We find, based on our in camera review of sealed materials, that there was probable cause for the issuance of a search warrant. We decline to revisit this Court's
prior order, which denied defendant's motion to unseal these materials (see People v Wallace, 240 AD3d 437, 438 [1st Dept 2025], lv denied 44 NY3d 1014 [2025]; People v Meran, 143 AD3d 423, 424 [1st Dept 2016], lv denied 28 NY3d 1074 [2016]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: June 9, 2026